IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Herman Williams, | ) |
| *Plaintiff*, | ) |
| | ) Case No.: 23-cv-5945 |
| v. | ) |
| | ) Hon. Gottschall |
| Lucian Tessman, et al, | ) Hon. Mag. Fuentes |
| *Defendants*. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

**NOW COMES** attorney of record Bhavani Raveendran of Romanucci & Blandin, LLC, hereby moving this Honorable Court for leave to withdraw as a member of Plaintiff's counsel, and, in support of this request, attorney Bhavani Raveendran states as follows:

1. The undersigned counsel, attorney Bhavani Raveendran of Romanucci & Blandin, LLC, represents Plaintiff, Mr. Williams, in this matter.

2. By the close of business on March 7, 2025, attorney Bhavani Raveendran will no longer be employed with the firm of Romanucci & Blandin, LLC.

3. Additional attorneys of record currently represent the Plaintiff in this matter, including Patrick Driscoll of Romanucci & Blandin, LLC, and they will continue diligently and ably representing the Plaintiff in this matter going forward. Accordingly, this motion will not prejudice the representation of Plaintiff in this matter, nor will this motion cause any undue delay in these proceedings.

**WHEREFORE**, **PREMISES CONSIDERED**, attorney of record Bhavani Raveendran of Romanucci & Blandin, LLC, respectfully requests the entry of an Order by this Honorable Court granting attorney Bhavani Raveendran leave to withdraw as a member of counsel for Plaintiff, Herman Williams, in this matter, and for all such other and further relief which this Honorable Court may deem just and proper.

Date: March 7, 2025                                                             Respectfully submitted,
                                                                                **ROMANUCCI & BLANDIN, LLC**


                                                                                /s/ Bhavani Raveendran
                                                                                _____
                                                                                One of Plaintiff's attorneys

Bhavani Raveendran (IL Attorney No.: 6309968)
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street, Suite 900
Chicago, IL 60654
+1 (312) 458-1000, *Main*
+1 (312) 458-1004, *Facsimile*
braveendran@rblaw.net

*An Attorney for Plaintiff*


## CERTIFICATE OF SERVICE

The undersigned certifies that, on March 7, 2025, they electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.


Date: March 7, 2025                                                             Respectfully submitted,
                                                                                ROMANUCCI & BLANDIN, LLC

/s/ Bhavani Raveendran
_____
One of Plaintiff's attorneys