# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Herman Williams
                        Plaintiff,

v.                                         Case No.: 1:23−cv−05945
                                         Honorable Sunil R. Harjani

Lucian Tessmann, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: In−person oral argument hearing held on plaintiff's motion for reconsideration [195]. For reasons stated on the record, plaintiff's supplemental brief is due by 4/2/2025. Defendants'; responsive brief is due by 4/16/25. The status hearing set for 4/2/2025 is stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.