# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Herman Williams

                            Plaintiff,

v.                                             Case No.: 1:23−cv−05945

                                                        Honorable Sunil R. Harjani

Lucian Tessmann, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Docket entry [208] is expanded as follows: the supplemental briefing should focus on whether allowing a Rule 15 amendment is appropriate in light of the potential conflict of interest issues, and also consider the provisions of Rule 25 on substitution of parties, if applicable. The parties should also focus on case law in the 7th circuit and its district courts that either support or do not support allowing the amendment Plaintiff seeks here. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.