## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Herman Williams
                              Plaintiff,

v.                                                           Case No.: 1:23−cv−05945
                                                                  Honorable Sunil R. Harjani

Lucian Tessmann, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 25, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [211]. The parties report that they have continued to work on written discovery, two depositions have been completed, and 14 additional depositions of parties and non−parties are confirmed to proceed on dates in April and May. The parties advise that additional depositions are in the process of being scheduled. The parties indicate that Plaintiff sent a global settlement demand to Defendants on 3/5/25 with a proposal of private mediators for a settlement conference and Defendants intend to respond to Plaintiff's proposal shortly. The parties are to file a further joint status report by 4/24/25 detailing their discovery progress and the prospects of settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.