**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HERMAN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: 1:23-cv-05945 |
| ) | |
| v. ) | Honorable Sunil R. Harjani |
| ) | |
| LUCIAN TESSMANN, *et al*. ) | Honorable Daniel P. Mc Laughlin |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE AND NOTICE OF ELECTRONIC MAILING**

The undersigned, one of the attorneys of record for the Village of Gurnee Defendants, hereby certifies that a copy of Village of Gurnee Defendants' Amended Initial Federal Rule of Civil Procedure Rule 26(a)(iv) Disclosures to Plaintiff and Bates stamped "Village of Gurnee 003038 through Village of Gurnee 003041" was sent by electronic mail on March 31, 2025, to the following attorneys:

**SEE ATTACHED SERVICE LIST**

The original of said documents is retained by the Defendants' attorneys as custodian pursuant to Local Rule 26.3(b)

    Respectfully submitted,

    VILLAGE OF GURNEE and KIMBERLY
    GAROFALO, as Independent Administrator of the
    ESTATE OF GREGORY GAROFALO, Deceased

    By: /s/ Deborah A. Ostvig
        One of Their Attorneys

Michael E. Kujawa, ARDC #6244621
Deborah A. Ostvig, ARDC #6287031
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, Illinois 60602
Telephone: (312) 345-5700
Fax: (312) 345-5701
mkujawa@schainbanks.com
dostvig@schainbanks.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, on oath, states that this Certificate of Service and Notice of Electronic Mailing was filed on March 31, 2025 with the Clerk of the Court using the CM/ECF system, which will send notification of such filings to all e-filing counsels of record in this case, or which will be sent via First Class Mail to those who have not yet appeared.

                          By: s/Deborah A. Ostvig

SERVICE LIST – *Williams v. Tessman, et al.* – 1:23-cv-05945

Antonio M. Romanucci
Bhavani Rhaveendran
Sam Harton
Patrick Driscoll
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
P. (312) 458-1000
aromanucci@rblaw.net
braveendran@rblaw.net
sharton@rblaw.net
pdriscoll@rblaw.net

James G. Sotos
Josh M. Engquist
Laura M. Ranum
Alexis Gamboa
Claudia Fantuzzo
The Sotos Law Firm, P.C.
141 W. Jackson Blvd., Suite #1240A
Chicago, IL 60604
P. (630) 735-3300
jsotos@jsotoslaw.com
jenquist@jsotoslaw.com
lranum@jsotoslaw.com
agamboa@jsotoslaw.com
cfantuzzo@jsotoslaw.com

Stephanie W. Weiner (LEAD COUNSEL)
Joseph A. Fay
HeplerBroom, LLC
70 W. Madison Street, Suite 2600
Chicago, IL 60602
P. (312) 205-7742
stephanie.weiner@heplerbroom.com
joseph.fay@heplerbroom.com

Rebecca Laue
Jessica Wasserman
Cook County State's Attorney's Office
500 Richard Daley Center
Chicago, IL 60602
Rebecca.laue@cookcountysao.org
jessica.wasserman@cookcountysao.org

Steven Hart
Brian Eldridge
John Marrese
Carter Grant
Hart McLaughlin & Eldridge, LLC
One South Dearborn, Suite 1400
Chicago, IL 60603
P. (312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
cgrant@hmelegal.com

Terry Ekl (LEAD COUNSEL)
Tracy Stanker
Ekl Williams & Provenzale, LLC
901 Warrenville Road, Suite 175
Lisle, IL 60532
P. (312) 242-8214
tekl@eklwilliams.com
tstanker@eklwilliams.com

Eileen E. Rosen (LEAD COUNSEL)
Andrew J. Grill
Brittany D. Johnson
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
P. (312) 494-1000
erosen@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com

Thomas G. DiCianni
Ancel Glink
140 S. Dearborn, 6th Floor
Chicago, IL 60603
tdicianni@ancelglink.com