# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HERMAN WILLIAMS, ) | |
| ) | Case No.: 23-CV-5945 |
| Plaintiff, ) | |
| ) | Hon. Sunil R. Harjani |
| v. ) | Hon. Mag. Daniel P. McLaughlin |
| ) | |
| LUCIAN TESSMANN, et al. ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## DEFENDANT LAKE COUNTY'S *UNOPPOSED* MOTION FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S SUPPLEMENTAL MOTION IN SUPPORT OF HIS MOTION TO RECONSIDER

Defendant Lake County, by and through its attorneys, The Sotos Law Firm, P.C., respectfully move this Court for an extension of time up to and including April 22, 2025, to respond to Plaintiff's Supplemental Briefing in support of his Motion to Reconsider. In support thereof, Defendant Lake County states as follows:

1. On December 18, 2024, Plaintiff filed his motion for reconsideration of the Court's order denying Plaintiff's third request to amend his Complaint. (Dkt. 195.)

2. On January 24, 2025, Defendants Lake County, Village of Gurnee, and Kimberly Garofalo, as Independent Administrator of the Estate of Gregory Garofalo, Deceased filed their Response in opposition to Plaintiff's Motion to Reconsider. (Dkt. 200.)

3. On March 19, 2025, in-person oral arguments were held on Plaintiff's motion. The Court set a briefing schedule granting Plaintiff until April 2, 2025, to supplement the briefing consistent with the Court's request and direction, and Defendants until April 16, 2025 to file a response. (Dkt. 208.)

4. Defendant Lake County now seeks a six-day extension of time to respond to Plaintiff's supplemental motion by Tuesday, April 22, 2025. This motion is not brought for the purpose of delay and good cause exists to grant the requested extension due to Defense counsel's current professional obligations, as Defense Counsel has been diligently preparing for the depositions of Defendants Pensala and Colin, scheduled for April 16 and April 17, respectfully.

5. Undersigned counsel for Defendant Lake County has communicated with Counsel for Plaintiff, Brian Eldridge, regarding the relief requested in this motion and he has no objection.

WHEREFORE, in light of the foregoing, Defendant Lake County respectfully requests until April 22, 2025, to file its response to Plaintiff's supplemental briefing in support of his motion to reconsider.

Date:   April 16, 2025                              Respectfully submitted,

                                                    /s/ Alexis M. Gamboa
                                                    ALEXIS M. GAMBOA, Atty. No. 6331348
                                                    *One of the Attorneys for Defendants*

James G. Sotos
Josh M. Engquist
Laura M. Ranum
Alexis M. Gamboa
Claudia C. Fantauzzo
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300
agamboa@jsotoslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on April 16, 2025, I electronically filed the foregoing **Defendant Lake County's Unopposed Motion for Additional Time to Respond to Plaintiff's Supplemental Motion in Support of his Motion to Reconsider** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

***Attorneys for Plaintiff:***
Steven A. Hart
Carter D. Grant
John S. Marrese
Brian H. Eldridge
Paige Smith
Hart McLaughlin & Eldridge, LLC
1 S. Dearborn Street, Suite 1400
Chicago, IL 60603
(312) 955-0545
shart@hmelegal.com
cgrant@hmelegal.com
jmarrese@hmelegal.com
beldridge@hmelegal.com
psmith@hmelegal.com

Sam Harton
Patrick Driscoll
Dana Kondos
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 458-1000
sharton@rblaw.net
pdriscoll@rblaw.net
DKondos@rblaw.net

***Attorneys for Defendants Village of Gurnee and and Kimberly Garofalo Administrator of Estate of Gregory Garofalo:***
Michael E. Kujawa
Deborah A. Ostvig
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, IL 60602
(312) 345-5700
mkujawa@schainbanks.com

dostvig@schainbanks.com

***Attorneys for Defendant City of Waukegan:***
Stephanie E. Weiner
Joseph A. Fay
HeplerBroom LLC
70 W. Madison Street, Suite 2600
Chicago, IL 60602
(312) 205-7742
stephanie.weiner@heplerbroom.com
joseph.fay@heplerbroom.com

***Attorneys for Defendant Lucian Tessman:***
Terry A. Ekl
Tracy Stanker
**Ekl, Williams & Provenzale, LLC**
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
tekl@eklwilliams.com
tstanker@eklwilliams.com

***Attorneys for Defendant Village of Libertyville and Charles Bell:***
Eileen E. Rosen
Andrew Grill
Brittany D. Johnson
**Rock Fusco & Connelly, LLC**
333 E. Wacker Drive, 19th Floor
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com

***Attorneys for Defendant Cook County:***
Rebecca J Laue
Jessica L. Wasserman
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4327
rebecca.laue@cookcountysao.org
jessica.wasserman@cookcountysao.org

***Attorneys for Defendant Lake County Major Crimes Task Force:***
Thomas G. DiCianni
Ancel Glink, P.C.
140 S. Dearborn Street, 6th Floor
Chicago, IL 60603
(312) 782-7606
tdicianni@ancelglink.com

/s/ Alexis M. Gamboa
ALEXIS M. GAMBOA, Atty. No. 6331348
*One of the Attorneys for Defendants*