# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Herman Williams
                      Plaintiff,

v.                                      Case No.: 1:23−cv−05945
                                                Honorable Sunil R. Harjani

Lucian Tessmann, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendant Lake County's unopposed motion for additional time to respond to plaintiff's supplemental motion [216] is granted to and including 4/22/2025. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.