**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HERMAN WILLIAMS, ) | |
| ) | Case No.: 23-CV-5945 |
| Plaintiff, ) | |
| ) | Hon. Sunil R. Harjani |
| v. ) | Hon. Mag. Daniel P. McLaughlin |
| ) | |
| LUCIAN TESSMANN, et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT LAKE COUNTY'S RESPONSE TO PLAINTIFF'S SUPPLEMENTAL
<u>BRIEFING IN SUPPORT OF HIS MOTION FOR RECONSIDERATION</u>**

**Exhibit List**

Exhibit 1          March 19, 2025, Hearing Transcript

Exhibit 2          September 3-4, 2024, Email Correspondence to between the parties

Exhibit 3          September 4, 2024, Email Correspondence to the Court

Exhibit 4          Lake County Motion to Vacate Huller as Estate Administrator

Exhibit 5          Nancy Jones 2012 Agreement