*Williams v. Tessman, et al.*
Case No.: 23-CV-5945
File No.: 23-4230

# EXHIBIT 2

| | |
|---|---|
| **From:** | Laura M. Ranum |
| **To:** | John Marrese; Alexis M. Gamboa |
| **Cc:** | Brian Eldridge; Steven Hart; Carter Grant; Morgan Forbes; Bhavani Raveendran; sharton@rblaw.net; pdriscoll; Dana Kondos; mkujawa@schainbanks.com; dostvig@schainbanks.com; stephanie.weiner@heplerbroom.com; Joseph A. Fay; tekl@eklwilliams.com; tstanker@eklwilliams.com; Eileen E. Rosen; agrill@rfclaw.com; Brittany D. Johnson; Rebecca Laue; JESSICA WASSERMAN; DiCianni, Thomas; Paige Smith |
| **Subject:** | RE: Williams v. Tessman, et al.- Proposed Consent Amendment to Complaint to |
| **Date:** | Wednesday, September 4, 2024 10:29:00 AM |

John:

Does Ms. Huller work for your firm?

https://www.hmelegal.com/legal-team/annette-huller/


**Laura M. Ranum**

The Sotos Law Firm, P.C.
141 W. Jackson Blvd. - Suite 1240A
Chicago, Illinois 60604
(630) 735-3311
(630) 773-0980 (fax)

This e-mail, including attachments, is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information that is confidential and it may be protected by the attorney/client or other privileges. This e-mail, including attachments, constitutes non-public information intended to be conveyed only to the designated recipients. If you are not an intended recipient, please delete the e-mail, including attachments, and notify sender by mail, e-mail, or at 630-735-3300. The unauthorized use, dissemination, distribution or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.


**From:** John Marrese <jmarrese@hmelegal.com>
**Sent:** Tuesday, September 3, 2024 11:07 AM
**To:** Alexis M. Gamboa <AGamboa@jsotoslaw.com>
**Cc:** Laura M. Ranum <LRanum@jsotoslaw.com>; Brian Eldridge <beldridge@hmelegal.com>; Steven Hart <shart@hmelegal.com>; Carter Grant <cgrant@hmelegal.com>; Morgan Forbes <mforbes@hmelegal.com>; Bhavani Raveendran <b.raveendran@rblaw.net>; sharton@rblaw.net; pdriscoll <pdriscoll@rblaw.net>; Dana Kondos <dkondos@rblaw.net>; mkujawa@schainbanks.com; dostvig@schainbanks.com; stephanie.weiner@heplerbroom.com; Joseph A. Fay <Joseph.Fay@heplerbroom.com>; tekl@eklwilliams.com; tstanker@eklwilliams.com; Eileen E. Rosen <erosen@rfclaw.com>; agrill@rfclaw.com; Brittany D. Johnson <bjohnson@rfclaw.com>; Rebecca Laue <Rebecca.Laue@cookcountysao.org>; JESSICA WASSERMAN <Jessica.Wasserman@cookcountysao.org>; DiCianni, Thomas <TDicianni@ancelglink.com>; Paige Smith <PSmith@hmelegal.com>
**Subject:** Re: Williams v. Tessman, et al.- Proposed Consent Amendment to Complaint to

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

All,

We recently had the Defendants Jones and Garofalo estates re-opened and new administrators appointed (on August 29 and September 3, respectively). We need to amend the Complaint to change the estate names in accordance with the new administrator, namely, "Annette Huller, as Independent Administrator of the Estate of Nancy Jones, deceased" and "Annette Huller, Independent Administrator to Collect of the Estate of Gregory Garofalo, deceased." I haven't received the e-stamped orders yet but will forward for your records once I do.

I have attached a redlined complaint to show that is the only change made. I have also attached a proposed consent motion, which would allow me to file the (third) amended complaint by consent.

Can you let me know today if I can file as a consent motion? Of course the consent only applies to filing the amendment, not to anything else.

Sincerely,
John



John Marrese  | Partner
**Hart McLaughlin & Eldridge**
One South Dearborn, Suite 1400
Chicago, Illinois 60603
jmarrese@hmelegal.com
o: 312.971.9074 | c: 312.841.8354