UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Herman Williams
                    Plaintiff,

v.                                      Case No.: 1:23−cv−05945
                                                  Honorable Sunil R. Harjani

Lucian Tessmann, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' joint status report [220]. The parties report that they have continued to work on written discovery, including supplemental responses and productions after meeting and conferring as well as continuing to meet and confer regarding party discovery and third−party subpoenas. The parties advise that they have been continuing to pursue a heavy fact deposition schedule, with several of the witnesses living out of state. The parties indicate that they intend to file an agreed motion for an extension of the fact deposition deadline. Any such motion shall be filed no later than 4/29/25. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.