# **EXHIBIT 3**

| 02/27/2021 07:36 AM | Outgoing | B56786 | WILLIAMS, HERMAN | Williams, Herman | Base touch time. | My sources tell me youve been painting your house. Figure your done by now. May this find you and Cheryl doing well! Today they are supposed to begin the covid shots to those who want them. Near as i figure only about 20% staff took it. Dont know the inmate polling numbers. Rumor is those who dont will be put into leper colony enviroment. As for me, i see no value in getting it. If i had it i didnt know it. In the enviroment here, if i havent gotten it i doubt i will. It does nothing except lessen the effects. So i cant see how they can even call it a vaccine. But the mass of people, especially in here truly are idiots.<br>On the legal news, im supposed to have a video conference with my dream team this wednesday. They were supposed to have had a meeting with the states attorney on 2-12. But ive not heard how that went. Ive not seen the lab report either. But i hope to get an idea of things come wednesday. Know i grow ever weary of being a mushroom where my life is concerned.<br>I am gonna try to get to the county if they opt for a new trial or if the proceedings get to drag on. I think it would be in my best interest. But i need to look more into it.<br>Well that concludes this base touch. Again i hope your all well and good! Know i Love Care and Miss you very much!!!!! Hoping always the see you soon becomes reality!!!!!<br>Have a great week! |

03/04/2024 10:58 AM

Total Messages: 1

SDT-IDOC-Intel 237