IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERMAN WILLIAMS, | ) |
| | ) Case No.: 23-CV-5945 |
| Plaintiff, | ) |
| | ) Hon. Sunil R. Harjani |
| v. | ) Hon. Daniel P. McLaughlin |
| | ) |
| LUCIAN TESSMANN, et al. | ) |
| | ) |
| Defendants. | ) JURY TRIAL DEMANDED |

**DEFENDANTS'** *UNOPPOSED* **MOTION FOR ADDITIONAL
TIME TO RESPOND TO PLAINTIFF'S MOTION TO QUASH SECOND SUBPOENA
TO ILLINOIS DEPARTMENT OF CORRECTIONS FOR JAIL PHONE CALLS**

Defendants Lake County, Charles Fagan, Dennis Pensala, Kevin Berrill as Special Representative for Defendant Robert Randall (Deceased), Leonard Brezinski, Daniel Colin, Village of Vernon Hills, and Richard Davies, (collectively, "Moving Defendants"), by and through their attorneys, The Sotos Law Firm, P.C., move this Court for an extension of time up to and including May 19, 2025, to respond to Plaintiff's Motion to Quash Second Subpoena to Illinois Department of Corrections for Jail Phone Calls and in support of, state as follows:

1. On May 5, 2025, Plaintiff filed his Motion to Quash Second Subpoena to Illinois Department of Corrections for Jail Calls. (Dkt. 225.)

2. The Court directed Moving Defendants to file their response by May 16. (Dkt. 226.)

3. Moving Defendants now seek a three-day extension of time—until May 19—to respond to Plaintiff's motion.

4. This motion is not brought for purposes of delay and good cause exists to grant the requested extension due to Defense Counsel's current professional obligations and

scheduling conflict. Specifically, the undersigned has a motions *in limine* due to be filed before Judge Ellis in *Johnson v. Guevara, et al*., 20-CV-04156 on May 16, 2025, for which a final pretrial order is due June 6, 2025.

5. On May 16, 2025, counsel for Moving Defendants contacted Plaintiff's counsel, John Marrese, regarding the relief sought herein, at which time, Mr. Marrese indicated he had no objection to the requested extension.

WHEREFORE, in light of the foregoing, Moving Defendants respectfully request until May 19, 2025, to file their response to Plaintiff's motion.

Dated: May 16, 2025          Respectfully submitted,

/s/ Josh M. Engquist
JOSH M. ENGQUIST Attorney No. 6242849
*One of the Attorneys for Moving Defendants*

James G. Sotos
Josh M. Engquist
Laura M. Ranum
Claudia C. Fantauzzo
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
Fax: (630) 773-0980
jengquist@jsotoslaw.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on **Friday, May 16, 2025**, I electronically filed the foregoing **Defendants'** *Unopposed* **Motion for Additional Time to Respond to Plaintiff's Motion to Quash Second Subpoena to Illinois Department of Corrections for Jail Phone Calls** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed on the below Service List:

***Attorneys for Plaintiff:***
Steven A. Hart
Carter D. Grant
John S. Marrese
Brian H. Eldridge
Paige Smith
Hart McLaughlin & Eldridge, LLC
1 S. Dearborn Street, Suite 1400
Chicago, IL 60603
(312) 955-0545
shart@hmelegal.com
cgrant@hmelegal.com
jmarrese@hmelegal.com
beldridge@hmelegal.com
psmith@hmelegal.com

Sam Harton
Patrick Driscoll
Dana Kondos
Romanucci & Blandin, LLC
321 N. Clark Street, Suite 900
Chicago, IL 60654
(312) 458-1000
sharton@rblaw.net
pdriscoll@rblaw.net
DKondos@rblaw.net

***Attorneys for Defendant Cook County:***
Rebecca J Laue
Jessica L. Wasserman
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-4327
rebecca.laue@cookcountysao.org
jessica.wasserman@cookcountysao.org

***Attorneys for Defendants Village of Gurnee and and Kimberly Garofalo Administrator of Estate of Gregory Garofalo:***
Michael E. Kujawa
Deborah A. Ostvig
Schain, Banks, Kenny & Schwartz, Ltd.
70 W. Madison Street, Suite 5400
Chicago, IL 60602
(312) 345-5700
mkujawa@schainbanks.com
dostvig@schainbanks.com

***Attorneys for Defendant City of Waukegan:***
Stephanie E. Weiner
Joseph A. Fay
HeplerBroom LLC
70 W. Madison Street, Suite 2600
Chicago, IL 60602
(312) 205-7742
stephanie.weiner@heplerbroom.com
joseph.fay@heplerbroom.com

***Attorneys for Defendant Lucian Tessman:***
Terry A. Ekl
Tracy Stanker
**Ekl, Williams & Provenzale, LLC**
Two Arboretum Lakes
901 Warrenville Road, Suite 175
Lisle, IL 60532
(630) 654-0045
tekl@eklwilliams.com
tstanker@eklwilliams.com

| | |
|---|---|
| ***Attorneys for Defendant Village of Libertyville and Charles Bell:*** | ***Attorneys for Defendant Lake County Major Crimes Task Force:*** |
| Eileen E. Rosen | Thomas G. DiCianni |
| Andrew Grill | Ancel Glink, P.C. |
| Brittany D. Johnson | 140 S. Dearborn Street, 6th Floor |
| Sabrina A. Scardamaglia | Chicago, IL 60603 |
| **Rock Fusco & Connelly, LLC** | (312) 782-7606 |
| 333 E. Wacker Drive, 19th Floor | tdicianni@ancelglink.com |
| Chicago, IL 60606 | |
| (312) 494-1000 | |
| erosen@rfclaw.com | |
| agrill@rfclaw.com | |
| bjohnson@rfclaw.com | |
| sscardamaglia@rfclaw.com | |

/s/ Josh M. Engquist
JOSH M. ENGQUIST Attorney No. 6242849
*One of the Attorneys for Moving Defendants*