**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Herman Williams
                          Plaintiff,

v.                                         Case No.: 1:23−cv−05945
                                                       Honorable Sunil R. Harjani

Lucian Tessmann, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 19, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Defendants' Unopposed Motion for Additional Time to Respond to Plaintiff's Motion to Quash [229] is granted. Defendants' response to Plaintiff's Motion to Quash Second Subpoena to Illinois Department of Corrections for Jail Phone Calls [225] is now due 5/19/25 and Plaintiff's reply is due 5/27/25. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.