**U.S. District Court for the Northern District Of Illinois
Attorney Appearance Form**

Case Title: Herman Williams v. Tessman, et al.     Case Number: 23-cv-5945

An appearance is hereby filed by the undersigned as attorney for:
Defendants Charles Bell and the Village of Libertyville

Attorney name (type or print):  Theresa B. Carney

Firm:    Rock Fusco & Connelly, LLC

Street address:    333 West Wacker Dr., 19th Floor

City/State/Zip:    Chicago, IL 60606

Bar ID Number:  6308586          Telephone Number:    312-494-1000
(See item 3  in instructions)

Email Address: tcarney@rfclaw.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                 ☐ Appointed Counsel
                                                 If appointed counsel, are you a
                                                 ☐ Federal Defender
                                                 ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 27, 2025

Attorney signature:    S/ Theresa B. Carney
           (Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015