EXHIBIT A



# ILLINOIS APPELLATE COURT
# SECOND DISTRICT

**55 SYMPHONY WAY**
**ELGIN, IL 60120**
**(847) 695-3750**

---

June 16, 2025

Don Ray Sampen
Clausen Miller, P.C.
10 S. LaSalle Street, 16th Floor
Chicago, IL 60603

RE:   In re Estate of Gregory A. Garofalo
      Appeal No.: 2-25-0063
      County: Lake County
      Trial Court No.: 16P811

The court has this day, June 16, 2025, entered the following order in the above entitled case:

Appellant's motion to vacate the circuit court's orders of August 29, 2024, and January 15, 2025, as moot, and thus to dismiss this appeal as moot, is granted.  Appellant's motion for an extension of time is denied as moot.

**THIS ORDER IS FINAL AND SHALL STAND AS THE MANDATE OF THIS COURT**.
(McLaren, Hutchinson, Schostok, JJ.)


*Jeffrey H Kaplan*

Jeffrey H. Kaplan
Clerk of the Court

cc:   Lake County Circuit Court
      Melinda Sue Kollross
      Toni Falligant Esparza