IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HERMAN WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> LUCIAN TESSMANN, *et al.*, | Case No. 1:23-cv-05945 <br><br> Hon. Sunil R. Harjani <br><br> Hon. Daniel P. McLaughlin |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT COOK COUNTY UNDER RULE 41(a)(1)(a)(ii)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), all parties appearing stipulate to the dismissal of Defendant Cook County with prejudice and without costs.

Date: June 24, 2025

HERMAN WILLIAMS

/s/   *John Marrese*
       One of Plaintiff's Attorney's

Antonio M. Romanucci
Sam Harton
Patrick Driscoll
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
P. (312) 458-1000
aromanucci@rblaw.net
sharton@rblaw.net
pdriscoll@rblaw.net

Steven Hart
Brian Eldridge
John Marrese
Paige Smith
**HART MCLAUGHLIN & ELDRIDGE, LLC**
One South Dearborn, Suite 1400
Chicago, IL 60603
P. (312) 955-0545

shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com
psmith@hmelegal.com

*Attorneys for Plaintiff Herman Williams*

/S/ *Josh M. Engquist*
JOSH M. ENGQUIST

James G. Sotos
Josh M. Engquist
Laura M. Ranum
Alexis Gamboa
Claudia Fantuzzo
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd., Suite #1240A
Chicago, IL 60604
P. (630) 735-3300
jsotos@jsotoslaw.com
jenquist@jsotoslaw.com
lranum@jsotoslaw.com
agamboa@jsotoslaw.com
cfantuzzo@jsotoslaw.com

*Attorneys for Defendants Charles Fagan, Dennis Pensala, Richard Davies, Kevin Berrill, as Special Representative of Robert Randall, deceased, Leonard Brezinski, Daniel Colin, Lake County, Illinois, and John Idleburg, in official capacity as Lake County Sheriff, and Village of Vernon Hills, Illinois*

/S/ *Terry A. Ekl*
TERRY A. EKL

Terry Ekl (LEAD COUNSEL)
Tracy Stanker
**EKL WILLIAMS & PROVENZALE, LLC**
901 Warrenville Road, Suite 175
Lisle, IL 60532
P. (312) 242-8214
tekl@eklwilliams.com
tstanker@eklwilliams.com

*Attorneys for Defendants Lucian Tessmann*

/S/ *Stephanie W. Weiner*
STEPHANIE W. WEINER

Stephanie W. Weiner (LEAD COUNSEL)

Joseph A. Fay
**HEPLERBROOM, LLC**
70 W. Madison Street, Suite 2600
Chicago, IL 60602
P. (312) 205-7742
stephanie.weiner@heplerbroom.com
joseph.fay@heplerbroom.com

*Attorneys for Defendant City of Waukegan, Illinois*


/S/ *Deborah Anne Ostvig*
DEBORAH ANNE OSTVIG

Michael E. Kujawa (LEAD COUNSEL)
Deborah Anne Ostvig
**SCHAIN BANKS KENNY & SCHWARTZ, LTD.**
70 W. Madison Street, Suite #5400
Chicago, IL 60602
P. (312) 345-5700
mkujawa@schainbanks.com
dostvig@schainbanks.com

*Attorneys for Defendants Kimberly Garofalo, as Independent Administrator of the Estate of Gregory Garofalo, deceased, and Village of Gurnee, Illinois*


/S/ *Andrew J. Grill*
ANDREW J. GRILL

Eileen E. Rosen (LEAD COUNSEL)
Andrew J. Grill
Brittany D. Johnson
**ROCK FUSCO & CONNELLY, LLC**
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
P. (312) 494-1000
erosen@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com

*Attorneys for Defendants Charles Bell and Village of Libertyville, Illinois*


/S/ *Rebecca Laue*
REBECCA LAUE

Rebecca Laue

3

Jessica Wasserman
**COOK COUNTY STATE'S ATTORNEY'S OFFICE**
500 Richard Daley Center
Chicago, IL 60602
Rebecca.laue@cookcountysao.org
jessica.wasserman@cookcountysao.org

*Attorneys for Defendant Cook County, Illinois*

/S/ *Thomas G. DiCianni*
THOMAS G. DiCIANNI

Thomas G. DiCianni
Ancel Glink
140 S. Dearborn, 6th Fl.
Chicago, IL 60603
tdicianni@ancelglink.com

*Attorneys for Lake County Major Crimes Task Force*