# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Herman Williams

                        Plaintiff,

v.                                        Case No.: 1:23−cv−05945
                                                        Honorable Sunil R. Harjani

Lucian Tessmann, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 27, 2025:

        MINUTE entry before the Honorable Sunil R. Harjani: Defendants' 12(c)motion for judgment on the pleadings [238] shall be briefed as follows: Plaintiff's response brief is due by 7/21/2025 and Defendants' reply is due by 8/4/2025. The Court will issue a written ruling via CM/ECF. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.