**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HERMAN WILLIAMS,

               Plaintiff,

      v.

LUCIAN TESSMANN, *et al.*,

Case No. 1:23-cv-05945

Hon. Sunil R. Harjani

Hon. Daniel P. McLaughlin

---

**JOINT STATUS REPORT**

---

Plaintiff Herman Williams, by and through his attorneys, Romanucci & Blandin, LLC, and Hart McLaughlin & Eldridge, LLC, and Defendant Lucian Tessmann, by and through his counsel, Ekl Williams Provenzale, LLC; Defendant City of Waukegan, Illinois, by and through its counsel, HeplerBroom, LLC; Defendants Charles Fagan, Dennis Pensala, Richard Davies, Kevin Berrill, as Special Representative for Robert Randall, deceased, Leonard Brezinski, Daniel Colin, Lake County, Illinois, Village of Vernon Hills, Illinois, and John Idleburg, in his official capacity as Sheriff of Lake County, by and through their counsel, The Sotos Law Firm, P.C.; Defendant Lake County Major Crimes Task Force, by and through its counsel, Ancel Glink; Defendants Kimberly Garofalo, as Independent Administrator of Gregory Garofalo, deceased, and Village of Gurnee, by and through their counsel, Schain Banks Kenny & Schwartz, Ltd; and Defendants Charles Bell and Village of Libertyville, Illinois, by and through their counsel, Rock Fusco and Connelly, LLC, submit this report on the discovery progress and the prospects of settlement, in accordance with the Court's order:

**Status of Settlement**

The parties have agreed to mediate this case before a private mediator (Hon. Joseph Casciato (Ret.)). Defendants are currently coordinating with their clients to try to confirm an August date for the mediation.

**Discovery Progress**

**WRITTEN DISCOVERY**

The parties have continued to work diligently on written discovery. Plaintiff recently supplemented responses to contention interrogatories to multiple Defendants based on several depositions.

Following the recent deposition of Plaintiff Herman Williams (June 11), Defendants issued several third-party document subpoenas, which will be coming due in July.

Further, the parties have made supplemental productions relating to May 22, 2025, inspection of evidence at the Gurnee Police Department.

Finally, Plaintiff is working on responding to three document subpoenas served on family members of Herman Williams.

**JAIL CALL RECORDINGS**

In early June, the parties received approximately 265 hours of jail call recordings for Plaintiff and have been working to review those.

**INSPECTION AND DIGITIZATION OF OLD MEDIA**

The digitization of old media (film, VHS tapes, old audio recordings), including those identified at the May 22, 2025, inspection of the Gurnee Police Department, is underway. The process to create protocols, provide notice to the State's Attorney's Office, and identify vendors capable of

the digitization of various types of old media took time. The parties anticipate the digitization process being substantially completed by the end of July or early August, so that they can review the same.

### FACT DEPOSITIONS

*Completed*

The parties have continued fact depositions since their last report. The parties have now completed 17 fact depositions (an additional three depositions since the last status report on May 29), including an 8-hour deposition of Plaintiff Herman Williams.

*Depositions Scheduled and Being Rescheduled*

Currently, the parties have depositions scheduled/confirmed for July 8, July 10, and August 12.

As previously reported, certain Defendant depositions were canceled, primarily due to witness availability or health, and are being rescheduled. Plaintiff has reached out to Defendants for availability regarding the rescheduling of seven depositions; scheduling has been somewhat difficult due to the number of attorneys involved and accompanying professional/trial or travel schedules.

Defendants have also asked for the depositions of Herman Williams' two children and the parties anticipate those depositions being confirmed soon.

Defendants are also rescheduling the deposition of one third-party subpoenaed deponent (originally subpoenaed for July 14), due to that witness' request (the witness is a medical doctor/medical examiner).

*Additional Depositions Anticipated*

Plaintiff intends to issue Rule 30(b)(6) notices to Defendants Lake County Sheriff, Lake County Major Crimes Task Force, and City of Waukegan, to address *Monell* issues primarily.

As noted above, Defendants recently asked for the depositions of Plaintiff's children. Defendants are still evaluating the need for additional third-party depositions based on the depositions already scheduled and based on jail call recordings that will be produced in the coming weeks.

**_Parties' Joint Request for 60 Day Extension_**

Due to the additional items required to be completed above, including that the parties have agreed to mediate, the parties plan to jointly move for a 60-day extension of the August 1, 2025, fact discovery cutoff. The parties will continue to work diligently on discovery and will not slow matters for mediation. However, the parties require this additional time in good faith to complete essential fact discovery and will explain the same to the Court by motion.

Date:   June 30, 2025

HERMAN WILLIAMS

/s/     _John Marrese_
          One of Plaintiff's Attorney's

Antonio M. Romanucci
Sam Harton
Patrick Driscoll
**ROMANUCCI & BLANDIN, LLC**
321 N. Clark Street, Suite 900
Chicago, Illinois 60654
P. (312) 458-1000
aromanucci@rblaw.net
sharton@rblaw.net
pdriscoll@rblaw.net

Steven Hart
Brian Eldridge
John Marrese
Paige Smith
**HART MCLAUGHLIN & ELDRIDGE, LLC**
One South Dearborn, Suite 1400
Chicago, IL 60603
P. (312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com

jmarrese@hmelegal.com
psmith@hmelegal.com

*Attorneys for Plaintiff Herman Williams*

/S/ *Josh M. Engquist*
JOSH M. ENGQUIST

James G. Sotos
Josh M. Engquist
Laura M. Ranum
Alexis Gamboa
Claudia Fantuzzo
**THE SOTOS LAW FIRM, P.C.**
141 W. Jackson Blvd., Suite #1240A
Chicago, IL 60604
P. (630) 735-3300
jsotos@jsotoslaw.com
jenquist@jsotoslaw.com
lranum@jsotoslaw.com
agamboa@jsotoslaw.com
cfantuzzo@jsotoslaw.com

*Attorneys for Defendants Charles Fagan, Dennis Pensala, Richard Davies, Kevin Berrill, as Special Representative of Robert Randall, deceased, Leonard Brezinski, Daniel Colin, Lake County, Illinois, and John Idleburg, in official capacity as Lake County Sheriff, and Village of Vernon Hills, Illinois*

/S/ *Terry A. Ekl*
TERRY A. EKL

Terry Ekl (LEAD COUNSEL)
Tracy Stanker
**EKL WILLIAMS & PROVENZALE, LLC**
901 Warrenville Road, Suite 175
Lisle, IL 60532
P. (312) 242-8214
tekl@eklwilliams.com
tstanker@eklwilliams.com

*Attorneys for Defendants Lucian Tessmann*

/S/ *Stephanie W. Weiner*
STEPHANIE W. WEINER

Stephanie W. Weiner (LEAD COUNSEL)
Joseph A. Fay
**HEPLERBROOM, LLC**

70 W. Madison Street, Suite 2600
Chicago, IL 60602
P. (312) 205-7742
stephanie.weiner@heplerbroom.com
joseph.fay@heplerbroom.com

*Attorneys for Defendant City of Waukegan, Illinois*


/S/ *Deborah Anne Ostvig*
DEBORAH ANNE OSTVIG

Michael E. Kujawa (LEAD COUNSEL)
Deborah Anne Ostvig
**SCHAIN BANKS KENNY & SCHWARTZ, LTD.**
70 W. Madison Street, Suite #5400
Chicago, IL 60602
P. (312) 345-5700
mkujawa@schainbanks.com
dostvig@schainbanks.com

*Attorneys for Defendants Kimberly Garofalo, as Independent Administrator of the Estate of Gregory Garofalo, deceased, and Village of Gurnee, Illinois*


/S/ *Andrew J. Grill*
ANDREW J. GRILL

Eileen E. Rosen (LEAD COUNSEL)
Andrew J. Grill
Brittany D. Johnson
**ROCK FUSCO & CONNELLY, LLC**
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
P. (312) 494-1000
erosen@rfclaw.com
agrill@rfclaw.com
bjohnson@rfclaw.com

*Attorneys for Defendants Charles Bell and Village of Libertyville, Illinois*


/S/ *Thomas G. DiCianni*
THOMAS G. DiCIANNI

Thomas G. DiCianni
Ancel Glink
140 S. Dearborn, 6th Fl.

Chicago, IL 60603
tdicianni@ancelglink.com

*Attorneys for Lake County Major Crimes Task Force*